PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

### Western District of Texas

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory Wayne Fant     Case Number: 7:17CR00015-001

Name of Sentencing Judicial Officer: Honorable Robert A. Junell, Senior U.S. District Judge

Date of Original Sentence: June 14, 2017

Original Offense: Bank Robbery, in violation of 18 U.S.C § 2113(a)

Original Sentence: One Hundred (100) months imprisonment, followed by Three (3) years supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: January 17, 2025

Assistant U.S. Attorney: William Franklin Lewis, Jr. Defense Attorney: Kevin D. Acker

### PREVIOUS COURT ACTION

On January 11, 2024, an Order Regarding Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) was filed reducing the sentence imposed from 100 months to 87 months, effective February 1, 2024.

On February 5, 2024, A Request to Modify the Conditions or Term of Supervision with Consent of the Offender (12B), was filed with the court due to the offender indigent status. The offender was ordered to remain in Dismas Charities for a term up to 120 days.

On January 17, 2025, the term of supervised release was revoked for failure to report, and failure to reside at an approved place. He was sentenced to time served followed by 2 years of supervised release.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not commit another federal, state, or local crime during the term of supervision." |
| | On June 18, 2025, Gregory Wayne Fant was arrested by the El Paso Police Department for Assault Causes Bodily Injury. A police officer was dispatched to 1650 Horizon Boulevard in El Paso County, Texas, in reference to an assault. The victim reports he was arguing with Fant, and Fant followed him to the bathroom, Fant confronted him and punched him in the face with a closed fist causing him to fall and bleed from the eyebrow area. The charge remains pending at this time." |

2     "If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours."

Fant was arrested by the El Paso Police Department on June 18, 2025, and failed to notify his supervising officer within 72 hours of his arrest.

**U.S. Probation Officer Recommendation**

The term of supervision should be:

☐ Revoked. (Maximum Penalty: __2__ years of imprisonment; __33__ months of supervised release; and payment of any unsatisfied monetary sanction previously imposed.)

☐ Extended: for ____ years, for a total term of ____ years

The conditions of supervision should be modified as follows:

Approved by:

Tremane Peel
Supervising United States Probation Officer
Telephone: (432) 685-0327

Respectfully submitted by:

Oscar Gomez
United States Probation Officer
Telephone: (432) 685-0305
Monday, June 30, 2025

Cc:  Tony Franco, Interim City Chief, AUSA
     Brad Richards, ADCUSPO

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other: _____

Honorable David Counts
U.S. District Judge

June 30, 2025
Date